UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) MICHAEL STANLEY KAPLAN, M.D., ) ) Defendant. ) | 2:13-cr-00377-PMP-CWH <u>ORDER</u> |

On July 8, 2014, the Honorable C. W. Hoffman, Jr., United States Magistrate Judge, entered an Order (Doc. # 43), denying without prejudice Defendant's Motion for Change of Venue, or in the Alternative, to Submit Written Juror Questionnaire (Doc. # 26). On July 22, 2014, Defendant filed Objections to Magistrate Judge Hoffman's ruling (Doc. # 49).

Having reviewed the record, the Court finds that the Order entered by Magistrate Judge Hoffman is neither clearly erroneous nor contrary to law. Indeed, by denying Defendant's Motion without prejudice, Defendant preserves the option of again seeking a change of venue should attempts at jury selection in this case demonstrate that such relief is warranted. Further, at the direction of this Court last Friday, August 29, 2014, Defendant submitted his proposed Juror Questionnaire (Doc. #61) for the Court's review. Prior to trial, this Court will determine whether a juror questionnaire is appropriate, or alternatively whether questions contained therein are more appropriate for utilization during live voir dire of the panel of prospective jurors summons to try this case.

///

IT IS THEREFORE ORDERED that Defendant's Objections (Doc. # 49) are OVERRULED, that Magistrate Judge Hoffman's Order (Doc. # 43) is hereby AFFIRMED, and that Defendant's Motion for Change of Venue, or in the Alternative, to Submit Written Jury Questionnaire (Doc. # 26) is DENIED WITHOUT PREJUDICE.

DATED: September 2, 2014

_____
PHILIP M. PRO
United States District Judge