UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:13-cr-00377-PMP-CWH |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL STANLEY KAPLAN, M.D., | ) | |
| Defendant. | ) | |

The Court has reviewed Defendant Kaplan's Proposed One-Page Juror Questionnaire (Doc. #89) which was briefly discussed at the Pre Trial Conference conducted September 8, 2014.  Although the Court is already prepared to pose to prospective jurors, at voir dire, most of the 7 questions enumerated in Defendant Kaplan's proposed questionnaire, the Court concludes that full and fair responses from prospective jurors can be obtained during jury selection with the Court and counsel.  The Court thus concludes utilization of a juror questionnaire prior thereto is unnecessary.

**IT IS THEREFORE ORDERED** that Defendant Kaplan's request to utilize a written juror questionnaire is **DENIED**.

DATED: September 9, 2014.

_____
PHILIP M. PRO
United States District Judge