UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL STANLEY KAPLAN,<br><br>        Defendant. | 2:13-CR-0377 PMP-CWH<br><br>MINUTES OF THE COURT<br><br>Dated:  **September 15, 2014** |

PRESENT:

THE HONORABLE **PHILIP M. PRO, U.S. DISTRICT JUDGE**

DEPUTY CLERK:    EILEEN WOOD        COURT RECORDER: ALANA KAMAKA

PRESENT FOR PLAINTIFF:        CRANE POMERANTZ, PETE LEININGER,
                                                            AGENT JARED FRIEDMAN

PRESENT FOR DEFENDANT:     DOMINIC GENTILE, PAOLA ARMENI

## JURY TRIAL - DAY 1

        9:18 AM - 110 prospective jurors enter at 9:18 AM and are sworn. The Court introduces the parties and gives a brief summary of the case. Voir dire begins.

        12:50 PM - The Court thanks and excuses prospective jurors ##54-110. Court stands in recess. Remaining jurors to return to the courtroom at 2:00 PM.

        2:00 PM - Court reconvenes in the presence of all parties and the prospective jurors. Voir dire continues. Counsel exercise peremptory challenges in the presence of the prospective jurors. Unselected jurors thanked and excused. Selected jury of 14 seated and sworn. The Court instructs the jury on their conduct and duties as jurors and the order of trial proceedings. Jury retires to jury room for orientation.

        3:06 PM - Court remains convened with counsel and the parties only. The Court hears argument on the Government's MOTION in Limine to Exclude Hearsay #72 and Defendant's MOTION To Except Witness From Exclusion #108. For reasons stated on the record, the Court **DENIES** Government's Motion #72. The Government invokes exclusion. The Court **ORDERS** that Michelle Kaplan may not participate in or be permitted in the courtroom until she has testified and is no longer a pending witness.

        3:41 PM - Court reconvenes in the presence of the jurors. All parties are present. Crane Pomerantz presents the opening statement of the Government. Paola Armeni presents the opening statement on behalf of Michael Stanley Kaplan.

2:13-CR-0377 PMP-CWH
USA v Kaplan
Page 2

4:55 PM - Jury admonished and excused.

IT IS **ORDERED** the trial is continued to Tuesday, September 16, 2014, at 8:30 AM.

5:00 PM - Court adjourns.

**LANCE S. WILSON, CLERK**
**UNITED STATES DISTRICT COURT**

/s/ Eileen Wood
DEPUTY CLERK