UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) 2:13-CR-0377 PMP-CWH |
| **Plaintiff,** | ) |
| | ) |
| VS. | ) |
| | ) |
| MICHAEL STANLEY KAPLAN, MD | ) |
| | ) |
| **Defendant,** | ) |
| | ) |

ORDER

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

Dated: September 26, 2014

_____
PHILIP M. PRO, U.S. District Judge