GORDON SILVER
DOMINIC P. GENTILE
Nevada Bar No. 1923
Email: dgentile@gordonsilver.com
VINCENT SAVARESE III
Nevada Bar No. 2467
Email: vsavarese@gordonsilver.com
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for Defendant,
MICHAEL STANLEY KAPLAN, M.D.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL STANLEY KAPLAN, M.D.,<br><br>Defendant. | CASE NO. 2:13-cr-377-PMP-CWH<br><br>**DEFENDANT'S MOTION FOR LEAVE TO FILE POINTS AND AUTHORITIES IN EXCESS OF PAGE LIMTATION** |

COMES NOW the Defendant, Michael Stanley Kaplan, M.D., ("Mr. Kaplan"), by and through his attorneys of record, Dominic P. Gentile, Esq., Vincent Savarese III. Esq., and Paola M. Armeni, Esq. of the law firm of Gordon Silver, and pursuant to LCR 47-7 hereby respectfully requests leave of the Court to file Defendant's Motion for Judgment of Acquittal or, in the Alternative, for a New Trial, submitted together herewith, in excess of the otherwise applicable 30 page limitation for post-trial points and authorities.

...

...

...

...

...

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102907-002/2448929

1 of 4

This Motion is made and based upon all pleadings and papers on file herein and the attached Memorandum of Points and Authorities.

Dated this 9th day of October, 2014.

        GORDON SILVER

/s/ Dominic P. Gentile
DOMINIC P. GENTILE
Nevada Bar No. 1923
VINCENT SAVARESE III
Nevada Bar No. 2467
PAOLA M. ARMENI
Nevada Bar No. 8357
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555
Attorneys for Defendant,
MICHAEL STANLEY KAPLAN, M.D.

## MEMORANDUM OF POINTS AND AUTHORITIES

LCR 47-7 (Limitation on Length of Briefs and Points and Authorities, and Requirement for Index and Table of Authorities) provides as follows:

> "Unless otherwise ordered by the court, pretrial and post-trial briefs and points and authorities in support of, or in response to, motions shall be limited to thirty (30) pages including the motion but excluding exhibits. Reply briefs and points and authorities shall be limited to twenty (20) pages excluding exhibits. Where the court enters an order permitting a longer brief or points and authorities, the papers shall include an index and table of authorities."

The length of Defendant's Motion for Judgment of Acquittal or, in the Alternative, for a New Trial, submitted together herewith, exceeds the 30 page limitation for post-trial points and authorities. Defendant therefore seeks leave of the Court to file the motion pursuant to local rule.

The motion involves a detailed, objective analysis of the entire trial evidence in support of the Defendant's arguments that judgment of acquittal pursuant to Fed. R. Crim. P. 29(c), or in the alternative, a new trial, should be granted. This has necessitated that counsel exceed the page limitation in order to incorporate a comprehensive discussion of the entirety of the trial testimony.

In accordance with local rules, counsel has therefore included a table of contents and

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102907-002/2448929

2 of 4

table of authorities.

## CONCLUSION

WHEREFORE, Dr. Kaplan respectfully prays that leave be granted to file Defendant's Motion for Judgment of Acquittal or, in the Alternative, for a New Trial in excess of the otherwise applicable 30 page limitation for post-trial points and authorities.

Dated this 9th day of October, 2014.

GORDON SILVER

/s/ Dominic P. Gentile
DOMINIC P. GENTILE
Nevada Bar No. 1923
VINCENT SAVARESE III
Nevada Bar No. 2467
PAOLA M. ARMENI
Nevada Bar No. 8357
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Attorneys for Defendant
MICHAEL STANLEY KAPLAN, M.D.

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
DATED:  10/14/14

102907-002/2448929

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2014, I electronically filed the **Defendant's Motion for Leave to File Points and Authorities in Excess of Page Limitation**, with the Clerk of the Court for the United States District Court District of Nevada by using the CM/ECF system which will send notification of such filing(s) to the following:

Crane M Pomerantz crane.pomerantz@usdoj.gov; pamela.j.mrenak@usdoj.gov and

Peter James Leininger peter.leininger@fda.hhs.gov

_____
An employee of GORDON SILVER

102907-002/2448929

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555