# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00377-GMN-CWH |
| Plaintiff, | **RECOMMENDATION** |
| vs. | |
| MICHAEL STANLEY KAPLAN, | |
| Defendant. | |

The Court recommends that, if the Bureau of Prison deems it appropriate, defendant Michael Kaplan be confined at the Taft Correctional Facility in Taft, California or at another camp-level facility close to the defendant's residence in Las Vegas, Nevada.

Dated this  6   day of December, 2016.

_____
GLORIA M. NAVARRO, Chief Judge
United States District Court Judge

1